**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Geoff Winkler,

      Plaintiff(s),

v.

Reina Ramirez, et al.,

      Defendant(s).

Case No. 2:26-cv-00997-JCM-NJK

**Order**

[Docket No. 7]

On April 7, 2026, this case was consolidated with the case ending in 1001 and the parties were instructed that all future documents must be filed in the case ending in 1001. Docket No. 3; *see also* Docket No. 6. As such, the Court **STRIKES** the answer filed in this case by Defendant Reina Ramirez. Docket No. 7. Ramirez must file her answer in the correct case (2:26-cv-01001) by July 9, 2026.

IT IS SO ORDERED.

Dated: July 6, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1